THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In
 The Court of Appeals         

 
 
 
 The State, Respondent,
 v.
 Lavada E. Wingate, Appellant.
 
 
 

Appeal From York County
Larry R. Patterson, Circuit Court Judge
Unpublished Opinion No. 2008-UP-703
Submitted December 1, 2008  Filed
 December 15, 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Teresa A Knox, Deputy Director for Legal Services, Tommy Evans,
 Jr., and J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM: 
 Lavada Wingate appeals from the revocation of her probation, arguing the trial
 court erred in revoking her probation without holding a full evidentiary
 hearing.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels
 motion to be relieved.[1]
APPEAL
 DISMISSED.
WILLIAMS,
 PIEPER, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.